## WATSON v. STATE.
### No. 19852.

Court of Criminal Appeals of Texas.
June 8, 1938.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The appellant was convicted for removing mortgaged property, his punishment being assessed at two years' confinement in the penitentiary.

The record before us contains neither a statement of facts nor bills of exception.

The indictment seems to be in proper form. All matters of procedure appearing regular, the judgment will be affirmed.